# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SCOTT ALLEN KEVARI,

    Petitioner,                                   2:14-cv-01143-JAD-NJK

vs.

                                                **ORDER**

D.W. NEVEN, *et al.*,

    Respondents.

_____/

      In this habeas corpus action, the petitioner filed a first amended petition for writ of habeas corpus on July 6, 2015 (Doc. 15). Therefore, the court will set a schedule for respondents to respond to petitioner's first amended petition, and for other further proceedings.

      Respondents shall respond to the first amended petition within 60 days after the entry of this order.

      If respondents file an answer, petitioner shall have 60 days, thereafter, to file a reply.

      If respondents file a motion to dismiss, petitioner shall have 45 days to respond to the motion to dismiss, and then respondents shall have 20 days to reply.

      **IT IS SO ORDERED**.

Dated this 6th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE