UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLEN KEVARI,<br>    Petitioner<br>v.<br>D.W. NEVEN, et al.,<br>    Defendants | 2:14-cv-01143-JAD-NJK<br><br>**Order Granting Motion for Extension**<br>[ECF 23] |

In this habeas corpus action, Nevada state prisoner Scott Allen Kevari filed a first amended petition for writ of habeas corpus on July 6, 2015.  ECF 15.  Respondents filed an answer on September 1, 2015, ECF 19, and Kevari's reply was due January 11, 2016.  *See* ECF 18 (order entered July 6, 2015, giving 60 days for reply).

On January 11, 2016, Kevari filed a motion for extension of time, requesting an extra ten days for his reply due to counsel's obligations in other cases.  ECF 23.  Respondents' counsel does not object to the extension of time.

I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.  Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for extension of time **[ECF 23] is GRANTED**.  **Petitioner's reply is due on or before January 21, 2016.**

Dated this 13th day of January, 2016

_____
Jennifer A. Dorsey
United States District Judge